1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REMAND/MADE JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, as trustee for CMLTI 2007-WFHE4, | ) ) ) | CASE NO.: EDCV 10-637-GW(PJWx) |
| *Plaintiff,* | ) ) ) | **REMAND ORDER** |
| vs. | ) ) ) | |
| MARTIN OBEZO, | ) ) ) ) ) | |
| *Defendants.* | ) ) ) ) | |

The motion of plaintiff, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2007-WFHE4 ("plaintiff"), for an order remanding this case to the Superior Court of California having come regularly for hearing before the above-entitled court, and the Court having reviewed the motion and supporting documents submitted in support of said motion, and any opposition thereto, and good cause having been found,

1

1    IT IS HEREBY ORDERED THAT Plaintiff's Motion to Remand is GRANTED.

2  This case is remanded to San Bernardino County Superior Court (UDDS1000919).

3

4  DATED: June 24, 2010

5                              _____
                                    HONORABLE GEORGE H. WU
6                              UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28